THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN D. ELWELL, Appellant, *v.* THE MANHATTAN CHESS CLUB, Respondent.

*People ex rel. Elwell* v. *Manh. Chess Club*, 34 App. Div. 631, affirmed.
(Argued November 2, 1900; decided November 16, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1898, affirming a judgment dismissing an alternative writ of mandamus directing the defendant to reinstate the relator as a member of the Manhattan Chess Club or to show cause to the contrary, entered upon a decision of the court at a Trial Term without a jury.

*Conway & Westbrook* for appellant.

*Roscoe H. Channing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.